IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Facebook, Inc., et al )<br>)<br>   Plaintiff(s) )<br>v. )<br>)<br>facebook-verify-inc.com, et al )<br>)<br>   Defendant(s) ) | CIVIL ACTION NO. 1:20-cv-00639<br>(RDA/IDD) |

## DEFAULT JUDGMENT

  A default having been entered against the defendant(s) facebook-verify-inc.com, et al and counsel for the plaintiff(s) Facebook, Inc, et al. having requested judgment against the defaulted defendant(s) Facebook, Inc., et al and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

  ORDERED and ADJUDGED that the Plaintiffs Motion for Default Judgment is GRANTED.

Dated at Alexandria, Virginia, this 3rd day of February 2021.

                FERNANDO GALINDO
                CLERK OF COURT


                BY: _____
                  J. Lanham
                  Deputy Clerk